IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-256 |
| | § § | |
| JOSE PEDRO PEREZ-RIVERA, *et al.* | § | |

**O R D E R**

Defendant Arevalo-Romero filed an unopposed motion for continuance, (Docket Entry No. 31). The co-defendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 31, 2009 |
| Responses are to be filed by: | August 14, 2009 |
| Pretrial conference is reset to**:** | **August 24, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 31, 2009, at 9:00 a.m.** |

SIGNED on June 16, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge